FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAY 30  PM 2: 10

CLERK _____
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

ANAISSA B. GERWALD,

        Plaintiff,

v.

BULLOCH COUNTY JAIL,

        Defendant.

CIVIL ACTION NO.: CV612-033

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated April 17, 2012, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until May 18, 2012, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, she desired that her complaint be considered by the Court.

Plaintiff has failed to appropriately respond to that April 17, 2012, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this _30_ day of ___May___, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)